UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-23156-CIV-MOORE

ROGER JIMENEZ

Plaintiff,

v.

SOUTHERN PARKING, INC. et al.,

Defendants.
_______________________________/

ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. Section 137, and Local Rule 4.

DONE and ORDERED at Miami, Florida, this 30th day of January, 2008.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

This cause will be reassigned to the calendar of Magistrate Judge John J. O'Sullivan.

BY ORDER of the Court this 5 day of February, 2008.

CLERK OF COURT Clarence Maddox

Deputy Clerk