UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-23156-CIV-O'SULLIVAN
[CONSENT]

ROGER JIMENEZ, and all
others similarly situated under
29 U.S.C. § 216(b)
    Plaintiff,

v.

SOUTHERN PARKING, INC.
WILLIAM KENT and JOSE
A. CONTRERAS,
    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court on Defendants' Motion for Summary Judgment (DE# 29, 7/25/08). Having issued an Order granting final summary judgment for the defendants and against the plaintiff, it is:

**ORDERED AND ADJUDGED** as follows:

1. For the reasons expressed in this Court's separate order entered today on Defendants' Motion for Summary Judgment (DE# 29, 7/25/08), judgment is hereby entered in favor of the defendants, Southern Parking, Inc., William Kent and Jose A. Contreras, and against the plaintiff, Roger Jimenez.

2. The Clerk of the Court is directed to deny all pending motions as moot;

3. The Clerk of the Court shall close this case.

DONE AND ORDERED in Chambers at Miami, Florida this **16th** day of September, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record